# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148911

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TERRY JOE FRITZ II,
     Defendant-Appellant.

SC: 148911
COA: 319637
Berrien CC: 2013-001655-FH

_____/

On order of the Court, the application for leave to appeal the January 28, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

t0616